Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERVIN, ) | Case No. 2:11-cv-01384-JAM -KJN |
|     Plaintiff, ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| NATIONAL ENTERPRISE SYSTEMS, INC., ) | |
|     Defendant. ) | |
| _____ | _____ |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 14th day of June, 2013.

        By: <u>s/Todd M. Friedman</u>
           TODD M. FRIEDMAN
           Law Offices of Todd M. Friedman, P.C.
           Attorney for Plaintiff

Filed electronically on this 14th day of June, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Mendez
United States District Court
Eastern District of California

Andrew M. Steinheimer
ELLIS LAW GROUP, LLP
Attorney for Defendant

This 14th day of June, 2012.

s/Todd M. Friedman
Todd M. Friedman