# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ERVIN,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.

Case No. 2:11-cv-01384-JAM -KJN

**ORDER**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 16th day of August, 2013.

/s/ John A. Mendez_____
The Honorable John A. Mendez